UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISHMAEL STAGNER** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1854 (RCL) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This case is hereby dismissed, *sua sponte*, without prejudice, for failure to comply with the Court's order of December 6, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.